O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUAL DORADO,<br><br>        Petitioner,<br><br>    vs.<br><br>WILLIAM MUNIZ, Warden,<br><br>        Respondent. | Case No. CV 15-02251-BRO (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were filed by Petitioner. Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendations of the Magistrate Judge.

//
//
//
//
//

1       IT THEREFORE IS ORDERED that Judgment be entered dismissing the
2 Petition and entire action with prejudice.

4 DATED: September 14, 2016

                                              BEVERLY REID O'CONNELL
                                              UNITED STATES DISTRICT JUDGE